**Wanda HARRISON, Claimant–
Appellant,**

v.

**Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2013–7045.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2013.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

James Sweet, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Amanda Blackmon, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, DYK, and TARANTO,
Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.